500-15 501-15 502-15 503-15 504-15 505-15

# ELECTRONIC RECORD

COA #    05-14-00978-CR                    OFFENSE:    OTHER CRIMINAL

STYLE:   Nicholas Davell Amos v. The State of Texas                    COUNTY:    Dallas

COA DISPOSITION:    AFFIRM                    TRIAL COURT:    291st Judicial District Court

DATE: 03/31/2015                    Publish: NO    TC CASE #:    F-1341905-U

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Nicholas Davell Amos v. The State of Texas                    CCA #:    500-15 501-15 502-15 503-15 504-15 505-15

_____PRO SE_____ Petition                    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:                    DATE: _____

_____REFUSED_____                    JUDGE: _____

DATE: 08/26/2015                    SIGNED: _____    PC: _____

JUDGE: _Per Curiam_                    PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**